RECEIVED
DEC 1 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

In The
Western District Court of Louisiana
State of Louisiana

Harald Joe Black                     Civil Action 06-930-P

Versus                               Judge Stagg

State of Louisiana, et al.
Caddo Parish Sheriff, et al.         Mag. Hornsby

## ORDER

Considering the foregoing

IT IS ORDERED that the above matter be promptly transferred to proper State Court Venue by ____ day of _____, 2006 or this delictual action filing fees may be stayed until all court cost paid in full

THUS DONE AND SINGED on this ____ day of _____, 2006 Shreveport Louisiana.

## MAGISTRATE

Motion to transfer to state court is denied. If he wishes to do so, Plaintiff may file a motion to dismiss this case.

12-11-06

2-OF-2-PAGES