U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 27 2006

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 06-930-P |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

ORDER

Considering the foregoing motion to dismiss without prejudice, Doc. #17,

**IT IS HEREBY ORDERED GRANTED.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 27th day of December 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE